IH-34                                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Adam Harris Cohen

(List the full name(s) of the plaintiff(s)/petitioner(s).)

22      10470      JLR
_____CV_____ (_____)(_____)

-against-

META, INC. et al.

NOTICE OF CHANGE OF ADDRESS

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Adam Harris Cohen

Name (Last, First, MI)

| 155 Beach 133rd Street | Belle Harbor | NY | 11694 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 9173928043 | ahcohen75@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

| 3/1/2023 | |
|---|---|
| Date | Signature |